**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Derek HUTTER, Defendant–Appellant.**

**No. 15-11052**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed August 16, 2016

James Wesley Hendrix, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Derek Hutter, Pro Se.

Before REAVLEY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Derek Hutter has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hutter has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.